IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID SAFARI, M.D., and MARK FAHLEN, M.D.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN, KAISER FOUNDATION HOSPITALS, and SUTTER CENTRAL VALLEY HOSPITALS,<br><br>　　　　Defendants.<br>_____/ | No. C 11-05371 JSW<br><br>**AMENDED ORDER OF CERTIFICATION; INSTRUCTIONS TO CLERK; AND ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE** |

**TO THE HONORABLE KAMALA HARRIS, Attorney General of the State of California:**[1]

On December 5, 2011, Plaintiffs filed a Notice of Question of Constitutionality of California Law in Federal Action, pursuant to Federal Rule of Civil Procedure 5.1(a)(1)(B) and 28 U.S.C. § 2403(b). (Docket No. 24.) It is not clear that Plaintiffs served the Office of the Attorney General in accordance with Rule 5.1(a)(2).

Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b), the undersigned certifies that in this case there is drawn into question the constitutionality of California Business and Professions Code §§ 809, *et. seq.* The Clerk shall serve a copy of this Order on the Office of the Attorney General via certified mail. The deadline for the State to

---

　　[1] The Court issues this Amended Order solely to correct two typographical errors.

1 intervene if it so chooses, shall be sixty (60) days from the date of this <u>Amended</u> Order of
2 Certification.
3      It is FURTHER ORDERED that the hearing scheduled for February 3, 2012 at 9:00 a.m.
4 is HEREBY CONTINUED to April 20, 2012, at 9:00 a.m.  The case management conference
5 scheduled for February 17, 2012 is CONTINUED to May 18, 2012 at 1:30 p.m., and the parties'
6 joint case management conference statement shall be due on May 11, 2012.
7      **IT IS SO ORDERED.**

9 Dated: January 30, 2012 
10                                       JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California