1 | HANSON BRIDGETT LLP
GLENDA M. ZARBOCK, SBN 178890
2 | gzarbock@hansonbridgett.com
LORI C. FERGUSON, SBN 230586
3 | lferguson@hansonbridgett.com
425 Market Street, 26th Floor
4 | San Francisco, California 94105
Telephone: (415) 777-3200
5 | Facsimile: (415) 541-9366

6 | Attorneys for Defendant SUTTER CENTRAL VALLEY HOSPITALS

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | HAMID SAFARI, M.D. and MARK FAHLEN, M.D., | CASE NO. CV 11 5371 KBX JSW

12 | Plaintiffs, | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO MAY 25, 2012**

13 | v.

14 | KAISER FOUNDATION HEALTH PLAN, KAISER FOUNDATION HOSPITALS, and SUTTER CENTRAL VALLEY HOSPITALS, | Case Management Conference Date: May 18, 2012
Time: 1:30 p.m.
Crtrm.: 11

16 | Defendants.

17

18 | On January 30, 2012, the Court set the initial Case Management Conference in this case

19 | for May 18, 2012. Glenda Zarbock and Lori Ferguson, counsel for Defendant Sutter Central

20 | Valley Hospitals, will both be unavailable on May 18 because they will be giving a previously-

21 | scheduled presentation at a conference in the Palm Springs area. The parties therefore have

22 | stipulated below.

23 | **STIPULATION:**

24 | Counsel for the parties hereby stipulate that the date of the case management conference in

25 | this case shall be continued from May 18, 2012, to May 25, 2012, at 1:30 p.m.

26 | This Stipulation does not impact any other dates set forth in the Court's January 30, 2012

27 | Amended Order of Certification; Instructions to Clerk; and Order Continuing Hearing and Case

28 | Management Conference.

| | | |
|---|---|---|
| 1 | DATED: February 13, 2012 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: /s/ Lori C. Ferguson |
| 4 | | GLENDA M. ZARBOCK |
| 5 | | LORI C. FERGUSON |
| | | Attorneys for Defendant SUTTER CENTRAL VALLEY HOSPITALS |
| 6 | | |
| 7 | DATED: February ___, 2012 | STEPHEN D. SCHEAR |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| | | STEPHEN D. SCHEAR |
| 11 | | Attorneys for Plaintiffs HAMID SAFARI, M.D. and MARK FAHLEN, M.D. |
| 12 | | |
| 13 | DATED: February 13, 2012 | FULBRIGHT & JAWORSKI L.L.P |
| 14 | | |
| 15 | | By: /s/ Tambry Bradford |
| 16 | | ROBERT M. DAWSON |
| | | MARK A. KADZIELSKI |
| 17 | | TAMBRY L. BRADFORD |
| | | DAYNA C. NICHOLSON |
| 18 | | Attorneys for Defendant KAISER FOUNDATION HEALTH PLAN and KAISER FOUNDATION HOSPITALS |
| 19 | | |
| 20 | | |
| 21 | IT IS SO ORDERED. | |
| 22 | DATED: February ___, 2012 | |
| 23 | | The Honorable Jeffrey S. White |
| | | Judge of the U.S. District Court for the Northern District of California |

1 | DATED: February ___, 2012      HANSON BRIDGETT LLP

By: _____
GLENDA M. ZARBOCK
LORI C. FERGUSON
Attorneys for Defendant SUTTER CENTRAL VALLEY HOSPITALS

DATED: February 13, 2012      STEPHEN D. SCHEAR

By: /s/ Stephen D. Schear
STEPHEN D. SCHEAR
Attorneys for Plaintiffs HAMID SAFARI, M.D. and MARK FAHLEN, M.D.

DATED: February ___, 2012      FULBRIGHT & JAWORSKI L.L.P

By: _____
ROBERT M. DAWSON
MARK A. KADZIELSKI
TAMBRY L. BRADFORD
DAYNA C. NICHOLSON
Attorneys for Defendant KAISER FOUNDATION HEALTH PLAN and KAISER FOUNDATION HOSPITALS

IT IS SO ORDERED.

DATED: February 13, 2012

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
Judge of the U.S. District Court for the Northern District of California