HANSON BRIDGETT LLP
GLENDA M. ZARBOCK, SBN 178890
gzarbock@hansonbridgett.com
LORI C. FERGUSON, SBN 230586
lferguson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant SUTTER CENTRAL VALLEY HOSPITALS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HAMID SAFARI, M.D. and MARK FAHLEN, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, KAISER FOUNDATION HOSPITALS, and SUTTER CENTRAL VALLEY HOSPITALS,<br><br>Defendants. | CASE NO. CV 11 5371 KBX JSW<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO MAY 25, 2012**<br><br>Case Management Conference Date: May 18, 2012<br>Time: 1:30 p.m.<br>Crtrm.: 11 |

On January 30, 2012, the Court set the initial Case Management Conference in this case for May 18, 2012. Glenda Zarbock and Lori Ferguson, counsel for Defendant Sutter Central Valley Hospitals, will both be unavailable on May 18 because they will be giving a previously-scheduled presentation at a conference in the Palm Springs area. The parties therefore have stipulated below.

**STIPULATION:**

Counsel for the parties hereby stipulate that the date of the case management conference in this case shall be continued from May 18, 2012, to May 25, 2012, at 1:30 p.m.

This Stipulation does not impact any other dates set forth in the Court's January 30, 2012 Amended Order of Certification; Instructions to Clerk; and Order Continuing Hearing and Case Management Conference.

| | | |
|---|---|---|
| 1 | DATED: February 13, 2012 | HANSON BRIDGETT LLP |

By: /s/ Lori C. Ferguson
GLENDA M. ZARBOCK
LORI C. FERGUSON
Attorneys for Defendant SUTTER CENTRAL
VALLEY HOSPITALS

DATED: February ___, 2012        STEPHEN D. SCHEAR

By: _____
STEPHEN D. SCHEAR
Attorneys for Plaintiffs HAMID SAFARI, M.D.
and MARK FAHLEN, M.D.

DATED: February 13, 2012        FULBRIGHT & JAWORSKI L.L.P

By: /s/ Tambry Bradford
ROBERT M. DAWSON
MARK A. KADZIELSKI
TAMBRY L. BRADFORD
DAYNA C. NICHOLSON
Attorneys for Defendant KAISER FOUNDATION
HEALTH PLAN and KAISER FOUNDATION
HOSPITALS

IT IS SO ORDERED.

DATED: February ___, 2012

_____
The Honorable Jeffrey S. White
Judge of the U.S. District Court for the Northern
District of California

```
 1  DATED: February ___, 2012              HANSON BRIDGETT LLP
 2
 3
                                           By: _____
 4                                              GLENDA M. ZARBOCK
                                                LORI C. FERGUSON
 5                                              Attorneys for Defendant SUTTER CENTRAL
                                                VALLEY HOSPITALS
 6
 7  DATED: February 13, 2012               STEPHEN D. SCHEAR
 8
 9
                                           By: _____
10                                              STEPHEN D. SCHEAR
                                                Attorneys for Plaintiffs HAMID SAFARI, M.D.
11                                              and MARK FAHLEN, M.D.
12
13  DATED: February ___, 2012              FULBRIGHT & JAWORSKI L.L.P
14
15
                                           By: _____
16                                              ROBERT M. DAWSON
                                                MARK A. KADZIELSKI
17                                              TAMBRY L. BRADFORD
                                                DAYNA C. NICHOLSON
18                                              Attorneys for Defendant KAISER FOUNDATION
                                                HEALTH PLAN and KAISER FOUNDATION
19                                              HOSPITALS
20
21  IT IS SO ORDERED.
22  DATED: February 13, 2012
                                           _____
23                                         The Honorable Jeffrey S. White
                                           Judge of the U.S. District Court for the Northern
                                           District of California
```

4145856.1

-2-
STIPULATION FOR CHANGE OF CASE MANAGEMENT CONFERENCE TO MAY 25, 2012           CV 11 5371 LB