1  STEPHEN D. SCHEAR
   State Bar No. 83806
2  Law Offices of Stephen D. Schear
   2831 Telegraph Avenue
3  Oakland, California 94609
   Phone: (510) 832-3500
4  Fax:   (510) 272-0711
   steveschear@gmail.com
5  State Bar No. 83806

6  ERIC WEAVER
   State Bar No. 115208
7  Law Office of Eric Weaver
   P.O. Box 6294
8  Albany, CA 94706
   Phone: (510) 524-2355
9  Fax:   (510) 527-1450
   weaver115208@gmail.com
10 State Bar No. 115208

11 Attorneys for Plaintiffs
   HAMID SAFARI, M.D. and
12 MARK FAHLEN, M.D.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| HAMID SAFARI, M.D. and MARK FAHLEN, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, KAISER FOUNDATION HOSPITALS, and SUTTER CENTRAL VALLEY HOSPITALS,<br><br>Defendants | No. CV 11 5371 JSW<br><br>STIPULATION FOR TELEPHONIC OR VIDEO CONFERENCE MEET AND CONFER SESSION ON DISCOVERY DISPUTE<br><br>AND ORDER THEREON |

Plaintiff Hamid Safari, M.D. and Defendants Kaiser Foundation Health Plan and Kaiser Foundation Hospitals (jointly referred to as Kaiser) have a discovery dispute regarding Dr. Safari's First Request for Production of Documents. The parties have met and conferred in writing but have not reached an agreement on the production of any documents by the Kaiser

Notice of Pendency of Other Actions

Defendants. The Civil Standing Orders of order of this Court, number 7, requires the parties to meet in person to attempt to resolve any discovery disputes. The offices of Dr. Safari's attorney are located in Oakland and Berkeley, while the office of the Kaiser defendants is in Los Angeles. Follow the standing order would require plaintiff's counsel to expend approximately 9 hours in traveling to Los Angeles for a meet and confer session that will likely take approximately 30 minutes. In the interest of preserving resources and time, the parties have stipulated to conducting the required discovery meet and confer session by telephone or video conference, if the Court so permits.

Wherefore, IT IS HEREBY STIPULATED that an attorney for Hamid Safari, M.D., and an attorney for Defendants Kaiser Foundation Health Plan and Kaiser Foundation Hospitals may meet and confer telephonically or by video conferencing rather than in person to attempt to resolve issues concerning Dr. Safari's First Request for Production of Documents.

Dated: March 26, 2012

Stephen D. Schear
Attorney for Plaintiff Hamid Safari, M.D.

Dated: March 26, 2012

Attorney for Kaiser Foundation Health Plan and Kaiser Foundation Hospitals

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 29, 2012

HON. JEFFREY S. WHITE
Judge of the U.S. District Court for
Northern District of California