STEPHEN D. SCHEAR
State Bar No. 83806
Law Offices of Stephen D. Schear
2831 Telegraph Avenue
Oakland, California 94609
Phone: (510) 832-3500
Fax: (510) 272-0711
steveschear@gmail.com
State Bar No. 83806

ERIC WEAVER
State Bar No. 115208
Law Office of Eric Weaver
P.O. Box 6294
Albany, CA 94706
Phone: (510) 524-2355
Fax: (510) 527-1450
weaver115208@gmail.com
State Bar No. 115208

Attorneys for Plaintiffs
HAMID SAFARI, M.D. and
MARK FAHLEN, M.D.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| HAMID SAFARI, M.D. and MARK FAHLEN, M.D.<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, KAISER FOUNDATION HOSPITALS, and SUTTER CENTRAL VALLEY HOSPITALS,<br><br>Defendants | No. CV 11 5371 JSW<br><br>STIPULATION FOR TELEPHONIC OR VIDEO CONFERENCE MEET AND CONFER SESSION ON DISCOVERY DISPUTE<br><br>AND ORDER THEREON |

Plaintiff Hamid Safari, M.D. and Defendants Kaiser Foundation Health Plan and Kaiser Foundation Hospitals (jointly referred to as Kaiser) have a discovery dispute regarding Dr. Safari's First Request for Production of Documents. The parties have met and conferred in writing but have not reached an agreement on the production of any documents by the Kaiser

Notice of Pendency of Other Actions

1  Defendants. The Civil Standing Orders of order of this Court, number 7, requires the parties to
2  meet in person to attempt to resolve any discovery disputes. The offices of Dr. Safari's attorney
3  are located in Oakland and Berkeley, while the office of the Kaiser defendants is in Los Angeles.
4  Follow the standing order would require plaintiff's counsel to expend approximately 9 hours in
5  traveling to Los Angeles for a meet and confer session that will likely take approximately 30
6  minutes. In the interest of preserving resources and time, the parties have stipulated to
7  conducting the required discovery meet and confer session by telephone or video conference, if
8  the Court so permits.
9  Wherefore, IT IS HEREBY STIPULATED that an attorney for Hamid Safari, M.D., and an
10 attorney for Defendants Kaiser Foundation Health Plan and Kaiser Foundation Hospitals may
11 meet and confer telephonically or by video conferencing rather than in person to attempt to
12 resolve issues concerning Dr. Safari's First Request for Production of Documents.

Dated: March 26, 2012

_____
Stephen D. Schear
Attorney for Plaintiff Hamid Safari, M.D.

Dated: March 26, 2012

_____
Attorney for Kaiser Foundation Health Plan and
Kaiser Foundation Hospitals

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 29, 2012

_____
HON. JEFFREY S. WHITE
Judge of the U.S. District Court for
Northern District of California