IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMID SAFARI, M.D., and MARK FAHLEN, M.D.,

    Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, KAISER FOUNDATION HOSPITALS, and SUTTER CENTRAL VALLEY HOSPITALS,

    Defendants.

No. C 11-05371 JSW

**ORDER DISMISSING WITH PREJUDICE**

On May 11, 2012, the Court granted Defendants' motions to dismiss and granted Plaintiffs leave to amend. Plaintiffs have advised the Court that they do not intend to amend their complaint. Accordingly, the case is DISMISSED WITH PREJUDICE. The Court shall enter a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 21, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE